

**IT IS ORDERED as set forth below:**

**Date: July 31, 2023**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ROME DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| JOHN MEREDITH GRAHAM, IV, | ) | |
| DIANNE WALLACE GRAHAM, | ) | CASE NO. 19-41188-BEM |
| | ) | |
| DEBTORS, | ) | JUDGE ELLIS-MONRO |

### ORDER APPROVING DEBTORS'
### MOTION TO SELL REAL ESTATE

**IT APPEARING** to the Court that the Debtors filed a Motion to Sell Real Estate, on June 13, 2023 (Docket #53); and

**IT FURTHER APPEARING** that the Motion was scheduled for a hearing on any objections on July 19, 2023; and

**IT FURTHER APPEARING** that the Debtors are selling their primary residence in order to pay off the balance of their bankruptcy case; and

**IT FURTHER APPEARING** that the purchasers, John Mulrennan and Michael Jackson, are not affiliated with nor related to the Debtors; and

**IT FURTHER APPEARING** from the certificate of service affixed to Debtors' Motion and Notice of Hearing that all interested parties were served, and

**IT FURTHER APPEARING** that a Response to the Motion was filed by Counsel for Nationstar Mortgage, LLC on June 30, 2023 (Docket 57); and

**IT FURTHER APPEARING** that Counsel for Nationstar Mortgage, LLC has no opposition to the Motion so long as sale proceeds will be sufficient to provide full payment owed to Nationstar Mortgage, LLC; it is hereby

**ORDERED, ADJUDGED and DECREED** that Debtors' Motion to Sell Real Estate located at 6095 Blacks Bluff Rd, Cave Spring, GA 30124, for a total purchase price of $480,000.00 is **GRANTED**

**IT IS FURTHER ORDERED** that unpaid amounts due to Nationstar Mortgage, LLC shall be paid in full within forty-eight (48) hours of the closing being completed; and

**IT IS FURTHER ORDERED** that after the lien of Nationstar Mortgage, LLC and any other liens or expenses of sale have been satisfied, the closing attorney shall remit $3,986.30 to the Chapter 13 Trustee in order to pay off the balance of the Debtors' Chapter 13 case. If the lump sum payment to the Trustee is insufficient to pay all claims in full the Debtors will quickly remit additional funds to the Trustee. The Debtors may retain any excess sale proceeds at closing after payment of the above.

**END OF DOCUMENT**

Prepared and presented by:

/s/ Jeffrey B. Kelly
Jeffrey B. Kelly
Attorney for Debtors
GA Bar No. 412798
107 E. 5th Avenue
Rome, GA 30161
Phone (678) 861-1127
Fax (706) 413-1365
lawoffice@kellycanhelp.com

Consented to By:

/s/ Kathlyn Flora Ibrahim Fouad Khashan
Kathlyn Flora Ibrahim Fouad Khashan (with express permission by Jeffrey B. Kelly)
Attorney for Lakeview Loan Servicing, LLC
State Bar No.: 177083
211 Perimeter Center Pkwy NE Ste. 300
Atlanta, GA 30346
Phone (770) 220-2535
Fax (770) 220-2665
kkhashan@logs.com

No Opposition:

/s/ Sonya Buckley-Gordon
Sonya Buckley-Gordon (with express permission by Jeffrey B. Kelly)
Attorney for Chapter 13 Trustee
GA Bar No. 140987
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303
(404) 525-1110 (phone)
(404) 522-4448 (fax)
sonyab@atlch13tt.com

Distribution List:

K. Edward Safir
Chapter 13 Trustee
285 Peachtree Center Ave NE Ste. 1600
Atlanta, GA 30303

John & Meredith Graham
6095 Blacks Bluff Rd
Cave Spring, GA 30124

Nationstar Mortgage, LLC
Attn: Bankruptcy Department
P.O. Box 619096
Dallas, TX 75261

LOGS Legal Group, LLP
Attorney for Nationstar Mortgage, LLC
211 Perimeter Center Pkwy NE Ste. 130
Atlanta, GA 30346

Toles, Temple & Wright, Inc.
Attn: Della Gore, Broker for Buyers
611 Turner McCall Blvd
Rome, GA 30165

Hardy Realty & Dev. Company
Attn: Brooke Brinson, Broker for Sellers
1609 Martha Berry Blvd
Rome, GA 30162

Cox Byington Twyman, LLP
Closing Attorney
711 Broad St.
Rome, GA 30161